**EXHIBIT 2:** INFRINGEMENT# 1
URL: https://jezebel.com/did-this-instagram-influencer-stage-a-photo-shoot-of-he-1837405082







**EXHIBIT 2:** INFRINGEMENT# 2
URL: https://jezebel.com/did-this-instagram-influencer-stage-a-photo-shoot-of-he-1837405082



**EXHIBIT 2:** INFRINGEMENT# 3
URL: https://jezebel.com/did-this-instagram-influencer-stage-a-photo-shoot-of-he-1837405082

